U.S. District Court
to chief Judge.

FILED BY ___ D.C.
MAR 25 2019
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# FLORIDA SUPREME COURT

I wrote to Supreme court, clerk office.

(1) Page
maybe 1996 or 1998
Grievance Complaint civil suit,

End
(2) Page
documents. I was told by the employer The mariel office, hid them beg. not to Arrests me, and not to demand for money. Dont call us no more. The letter documents should be file complaint file civil suit.

I'm person with leering disability

name William Millirons

P.O. Box 20521

West Palm Beach Fl. 33416

cat/div Federal Question 890
Case # _____
Judg _____
Motn tip _____ Fee pd $ _____
Receipt # _____

To Chief Judge
U.S. District Court

② Page End ② Page

FLORIDA SUPREME COURT

I hed to Call a Lot to Get the Clerk of Court on Phone, He told me cant do thef was, and merial office man work of merial office Dont work there no more then Hung-up. This is Medness. These should be Civil investigation into Court office and Clerk office Why I Dont have a rights to a Civil suit.

I'm Person with learing disability
name William Millirens
Po Box 20521
West Palm Beach FL. 33416

U.S. District Court
To chief Judge

(5) Page End of page.

Written declaration Must acknowledgments. Under 92.50 under 92.525.

(2) Under penalties of perjury. I declare that I have read the foregoing [document], and fact are true. Stated, by signature, make declaration. immediately below document, being Verified-

(3) A person who knowingly make a false declaration is a felony of the third degree.

I'm person with learning disability

name William Millirons
P.O. Box 20521
West Palm Beach FL, 33416

William Williams
P.O. Box 29521
West Palm Beach
FL. 33416

US District Court
Southern Court
400 North Av.
North Miami, FL. 33128